IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00575-CMA-BNB

HERMAN BARNES, JR.,

Plaintiff,

v.

ALLRED,

Defendant.
_____

## ORDER
_____

This matter arises on the following motions (the "Motions"):

(1)  The plaintiff's **Motion** [Doc. #17, filed 07/14/2011]; and

(2)  The parties' **Joint Motion to Stay Pending Potential Dismissal** [Doc. #21, filed 07/26/2011].

The plaintiff filed his Prisoner Complaint on March 8, 2011 [Doc. #1] (the "Complaint"). The Complaint asserts one claim against the Clinical Director of the United States Penitentiary-Administrative Maximum in Florence, Colorado, for refusing to treat his hepatitis. The plaintiff states that since filing his Complaint, he has begun treatment for his hepatitis. The parties request a 90 day stay in order for the plaintiff to verify that his medical treatment is favorably controlling his hepatitis.

The parties do not provide any authority to stay the case.

IT IS ORDERED that the Motions are DENIED.

Dated July 27, 2011.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge