IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00575-CMA-BNB

HERMAN BARNES, JR.,

Plaintiff,

v.

ALLRED,

Defendant.
_____

**ORDER**
_____

This matter arises on a motion filed by the plaintiff [Doc. #28] (the "Motion") which seeks "an injunction against the medical records office for the purpose of providing the plaintiff a copy of Doctor Wilson [sic] medical report . . . ." The Motion is STRICKEN.

I recently struck several papers [Doc. #27] filed by the plaintiff. In doing so, I stated:

> Copies of papers filed in this court must be served on counsel for
> all other parties (or directly on any party acting *pro se*) in
> compliance with Fed. R. Civ. P. 5. Rule 5 provides that all
> pleadings filed after the original complaint and all written motions,
> notices, demands, or any similar paper must be served on every
> party. Fed. R. Civ. P. 5(a). "If a party is represented by an
> attorney, service under this rule must be made on the attorney . . .
> ." Fed. R. Civ. P. 5(b). Service upon other parties may be by mail.
> Id. Proof that service has been made is provided by a certificate of
> service. Id. at 5(d). This certificate should be filed along with the
> original papers and should show the day and manner of service.
> Id.

The plaintiff does not certify that he served a copy of the Motion on counsel for the defendant. Accordingly,

IT IS ORDERED:

(1)  The Motion [Doc. # 28] is STRICKEN;

(2)  All papers shall be served on counsel for the defendants in accordance with Rule 5 and shall be accompanied by a proper Certificate of Service; and

(3)  Failure to comply with this order may result in sanctions, including dismissal of this case.

Dated August 11, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge