IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00575-CMA-BNB

HERMAN BARNES, JR.,

Plaintiff,

v.

ALLRED,

Defendant.

## ORDER

This matter arises on a paper filed by the plaintiff titled **Order** [Doc. #43, filed 08/12/2011] requesting an order requiring the United States Penitentiary-Administrative Maximum in Florence, Colorado, to provide the plaintiff with documents supporting his case. Separately, I have recommended that the plaintiff's Complaint be dismissed for failure to exhaust his administrative remedies. Accordingly,

IT IS ORDERED that the plaintiff's request is DENIED AS MOOT.

Dated September 26, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge